NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RENE FLORES,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7092

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-1228, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

The Secretary of Veterans Affairs moves for leave to file, out of time, a motion for a 23-day extension of time, until September 26, 2014, to file his principal brief.

Rene Flores moves the court to waive the requirements of filing paper copies of his informal brief and "other papers." Flores's informal brief was accepted for filing on July 17, 2014.

Upon consideration thereof,

2                                                    FLORES v. MCDONALD

IT IS ORDERED THAT:

(1) The Secretary's motion is granted.

(2) Flores's motion is granted to the extent that Flores need not submit additional paper copies of his informal brief.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26